UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-14-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :  ORDER TO SEAL |
| V. | : |
| | : |
| CAURICE SHARMANE RODGERS | : |

It is hereby ORDERED that docket entry numbers 48 and 49 be sealed until further notice of this court, except that certified copies of entry number 48 be provided to the Office of the United States Attorney and the Federal Bureau of Investigation.

This the  18  day of March, 2011.

*[signature]*
TERRENCE W. BOYLE
UNITED STATE DISTRICT JUDGE